**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EMILE TOPILIN,

                  Plaintiff,

    -against-

TATA AMERICA INTERNATIONAL
CORPORATION; VINOD VERGHESE,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

19 Civ. 10839 (GBD)

GEORGE B. DANIELS, District Judge:

    The July 9, 2020 status conference is adjourned to October 22, 2020 at 9:45 a.m.

Dated: June 30, 2020
      New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE