UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------

EMILE TOPILIN,

                  Plaintiff,

-against-

TATA AMERICA INTERNATIONAL
CORPORATION; VINOD VERGHESE,

                  Defendants.

------------------------------------X

ORDER

19 Civ. 10839 (GBD)

GEORGE B. DANIELS, District Judge:

    The September 17, 2020 status conference is adjourned to December 10, 2020 at 9:45 a.m.

Dated: September 3, 2020
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE