**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

EMILE TOPILIN,

                      Plaintiff,

  -against-

                                   ORDER

TATA AMERICA INTERNAITONAL
CORPORATION; VINOD VERGHESE,        19 Civ. 10839 (GBD)

                   Defendants.

------------------------------------- x

GEORGE B. DANIELS, District Judge:

    The October 22, 2020 status conference is adjourned to January 14, 2021 at 9:45 a.m.

Dated: October 8, 2020
      New York, New York

                                                              SO ORDERED.

                                                             _/s/ George B. Daniels_
                                                             GEORGE B. DANIELS
                                                             UNITED STATES DISTRICT JUDGE