UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
EMILE TOPILIN,

               Plaintiff,

   -against-

TATA AMERICA INTERNATIONAL
CORPORATION and VINOD VERGHESE,

               Defendants.

------------------------------------- x



ORDER

19 Civ. 10839 (GBD)

GEORGE B. DANIELS, United States District Judge:

On May 18, 2021, the Court extended Plaintiff's time to oppose Defendants' motion for summary judgment to June 7, 2021. (ECF No. 55.) Defendants filed their opposition on June 7, 2021. (ECF No. 59.) Consistent with prior extensions of the briefing schedule in this matter, Plaintiff's reply shall be due by July 6, 2021.

Dated: June 10, 2021
      New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge