**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

EMILE TOPILIN,

                             Plaintiff,

     -against-                                ORDER

                                     19 Civ. 10839 (GBD)

TATA AMERICA INTERNATIONAL
CORPORATION and VINOD VERGHESE,

                             Defendants.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record, Defendants' Motion for Summary Judgment, (ECF No. 40), as to Plaintiff's Title VII and NYSHRL claims (claims I and II) is GRANTED, and as to Plaintiff's NYCHRL claim (claim III) is DENIED.

Dated: November 2, 2021
       New York, New York

                                               SO ORDERED.

                                               GEORGE B. DANIELS
                                               United States District Judge