UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

EMILE TOPILIN,

               Plaintiff,

-against-

TATA AMERICA INTERNATIONAL
CORPORATION and VINOD VERGHESE,

               Defendants.

------------------------------------ x

FEB 0 2 2022

ORDER

19 Civ. 10839 (GBD)

GEORGE B. DANIELS, United States District Judge:

The pretrial conference is adjourned until March 9, 2022 at 9:45 a.m.

Dated: February 2, 2022
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge