

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
EMILE TOPILIN,

       Plaintiff,

  -against-          ORDER

TATA AMERICA INTERNATIONAL    19 Civ. 10839 (GBD)
CORPORATION and VINOD VERGHESE,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GEORGE B. DANIELS, United States District Judge:

  The pretrial conference is adjourned until April 19, 2022 at 9:45 a.m. The trial is adjourned, and a new trial date will be determined at the next conference.

Dated: March 7, 2022
   New York, New York

                SO ORDERED.

                *George B. Daniels*
                GEORGE B. DANIELS
                United States District Judge