UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
EMILE TOPILIN,

                    Plaintiff,

        -against-                            ORDER

TATA AMERICA INTERNATIONAL        19 Civ. 10839 (GBD)
CORPORATION and VINOD VERGHESE,

                    Defendants.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

      In light of the successful settlement conference, the April 19, 2022 pretrial conference and pending trial is cancelled.

Dated: April 11, 2022
       New York, New York

                                            SO ORDERED.

                                            GEORGE B. DANIELS
                                            United States District Judge