```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EMILE TOPILIN,                                              :
                                                            :
                                                            :
                              Plaintiff,                    :     ORDER
                                                            :
            -v-                                             :     19-CV-10839 (GBD) (JLC)
                                                            :
TATA AMERICA INTERNATIONAL                                  :
CORPORATION, et al.,                                        :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

**JAMES L. COTT, United States Magistrate Judge.**

The Court received an email to its Chambers Emailbox *ex parte* from Mr. Topilin on Friday, April 22, 2022. Given that Mr. Topilin is represented by counsel, the Court has not responded to the email. The content of the email raises an issue that implicates the attorney-client relationship between Mr. Topilin and his counsel.

Accordingly, the Court will schedule a brief telephone conference for **May 3, 2022 at 4:00 p.m**. in which only Mr. Topilin and his attorney are required to attend. Counsel and his client shall call the Court's conference line at (877) 873-8017 (access code: 5277586).

Counsel for Mr. Topilin is directed to provide a copy of this Order to him.

**SO ORDERED.**

Dated: April 25, 2022
       New York, New York

                                                          _____
                                                          JAMES L. COTT
                                                          United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2022