UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
EMILE TOPILIN,

                    Plaintiff,

           -against-                        ORDER

TATA AMERICA INTERNATIONAL          19 Civ. 10839 (GBD)
CORPORATION and VINOD VERGHESE,

                  Defendants.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

      Given the parties settlement in this action, (*see* ECF No. 85), the Clerk of the Court is hereby ORDERED to close the above-captioned action.

Dated: June 21, 2022
       New York, New York

                                      SO ORDERED.

                                      *George B. Daniels*
                                      GEORGE B. DANIELS
                                      UNITED STATES DISTRICT JUDGE